AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Callahan, Jr., William E. | Eastern District of Wisconsin | 04/25/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-Time Magistrate Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Room 250
517 E. Wisconsin Avenue
Milwaukee, WI 53202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callahan, Jr., William E. | 04/25/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callahan, Jr., William E. | 04/25/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Suntrust Mortgage, Inc. | Mortgage on property, Hilton Head, S.C. | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callahan, Jr., William E. | 04/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Bank | A | Interest | J | T | | | | | |
| 2. M & I Bank | A | Interest | L | T | | | | | |
| 3. M & I Bank | | None | J | T | | | | | |
| 4. First Ottawa Bankshares, Inc (common) | | None | K | T | | | | | |
| 5. IRA @ US Bancorp Investments Inc. | | | | | | | | | |
| 6. Money Market Fund | A | Dividend | J | T | | | | | |
| 7. American Funds-AMCAP Fund Class A | A | Dividend | K | T | | | | | |
| 8. American Fund-Income Fund of America Class A | A | Dividend | K | T | | | | | |
| 9. American Fund-Intermediate Bond Class A | A | Dividend | L | T | | | | | |
| 10. American Fund-Investment Co. of America Class A | A | Dividend | K | T | | | | | |
| 11. American Fund-Small Cap World Class A | A | Dividend | K | T | | | | | |
| 12. Property, Hilton Head, S.C. | | None | N | W | | | | | |
| 13. U.S. Bank, Milwaukee, Wisconsin | A | Interest | J | T | | | | | |
| 14. U.S. Bank, Milwaukee, Wisconsin | A | Interest | L | T | | | | | |
| 15. Northwestern Mutual Life Insurance Company | A | Dividend | J | T | | | | | |
| 16. Northwestern Mutual Life Insurance Company | A | Dividend | J | T | | | | | |
| 17. Northwestern Mutual Life Insurance Company | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callahan, Jr., William E. | 04/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Northwestern Mutual Life Insurance Company | A | Dividend | J | T | | | | | |
| 19. MERRILL LYNCH BEYOND BANKING ACCOUNT | | | | | | | | | |
| 20. MONEY MARKET ACCOUNT | B | Interest | J | T | | | | | |
| 21. --STOCK | | | | | | | | | |
| 22. AMCORE FINCL (common) | | None | J | T | | | | | |
| 23. ANHEUSER-BUSCH (common) | A | Dividend | J | T | | | | | |
| 24. APPLE COMPUTER (common) | A | Dividend | J | T | | | | | |
| 25. APPLE COMPUTER (common) | A | Dividend | | | Sold (part) | 01/15/13 | J | D | |
| 26. BRISTOL MYERS SQUIBB (common) | A | Dividend | J | T | | | | | |
| 27. BRISTOL MYERS SQUIBB (common) | A | Dividend | | | Sold (part) | 08/19/13 | J | C | |
| 28. CISCO SYS INC. (common) | A | Dividend | | | Sold | 08/19/13 | J | A | |
| 29. DU PONT EI DE NEMOURS & CO (common) | A | Dividend | J | T | | | | | |
| 30. EMERSON ELEC CO (common) | A | Dividend | K | T | | | | | |
| 31. GENERAL ELECTRIC CO (common) | A | Dividend | J | T | | | | | |
| 32. GOOGLE INC (common) | | None | J | T | | | | | |
| 33. JPM (common) | A | Dividend | J | T | | | | | |
| 34. GAS (common) | A | Dividend | | | Sold | 03/15/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callahan, Jr., William E. | 04/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. UNITED TECH CORP (common) | A | Dividend | K | T | | | | | |
| 36. Abbott Labs (common) | A | Dividend | J | T | | | | | |
| 37. Abbvie, Inc. SHS (common) | A | Dividend | J | T | Spinoff (from line 36) | 01/02/13 | J | | |
| 38. Amazon Com. Inc., COM | | None | J | T | | | | | |
| 39. Facebook Inc. (common) | | None | J | T | | | | | |
| 40. McDonalds Corp. (common) | A | Dividend | | | Sold | 08/19/13 | J | | |
| 41. Monsanto Co. (common) | A | Dividend | J | T | | | | | |
| 42. Pfizer Inc. (common) | A | Dividend | J | T | | | | | |
| 43. Proctor & Gamble Co (common) | A | Dividend | J | T | | | | | |
| 44. Celgene Corp. (common) | | None | K | T | Buy | 01/15/13 | J | | |
| 45. Celgene Corp. (common) | | None | | | Buy (add'l) | 03/15/13 | J | | |
| 46. Ebay, Inc. (common) | | None | J | T | Buy | 01/15/13 | J | | |
| 47. Weyerhauser Co. (common) | | None | | | Buy | 01/15/13 | J | | |
| 48. Weyerhauser Co. (common) | | None | | | Sold | 08/19/13 | J | A | |
| 49. MERRILL LYNCH ▓▓▓ ACCOUNT | | | | | | | | | |
| 50. American Cap Inc Builder | B | Dividend | K | T | | | | | |
| 51. Calamos Growth A | A | Dividend | | | Sold | 12/30/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callahan, Jr., William E. | 04/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity Adv Lvgd Cmpny Stk | A | Dividend | K | T | | | | | |
| 53. Royce Total Return Inv | A | Dividend | K | T | | | | | |
| 54. Ishares Barclays 1-3 Year Year Treas Index Fund | A | Dividend | J | T | | | | | |
| 55. Ishares S&P 500 Index Fund | A | Dividend | J | T | | | | | |
| 56. Franklin Income Fund Adv Class | A | Dividend | J | T | | | | | |
| 57. Lazard Emerging Markets Equity | A | Dividend | | | Sold | 12/26/13 | J | A | |
| 58. Templeton GLBL Bond FD | A | Dividend | J | T | | | | | |
| 59. Forester Value Fund | A | Dividend | J | T | | | | | |
| 60. T Rowe Price Blue Chip Growth Fund | | None | J | T | | | | | |
| 61. T Rowe Price New Hrzn Fund | | None | J | T | Buy | 12/30/13 | J | | |
| 62. Smead Value Fund | | None | J | T | Buy | 12/30/13 | J | | |
| 63. Invesco Equity and Income Fund Y | A | Dividend | K | T | | | | | |
| 64. PARTNERSHIPS | | | | | | | | | |
| 65. Rogers Center for Commerce East (P) | A | Distribution | J | U | | | | | |
| 66. Rogers O'Hare Motor Terminal Limited (P) | | None | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callahan, Jr., William E. | 04/25/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

At Part VII, Line 63, I have listed Invesco Equity and Income Fund Y. It appears that this is the same fund that was listed on line 54 of last year's report as Van Kampen Equity and Income Fund. Its full name should have been reported in last year's report as Invesco Van Kampen Equity and Income Fund Y.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William E. Callahan, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544